UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**26-CR-20102-MOORE/D'ANGELO**

CASE NO. _____

18 U.S.C. § 1425(a)
18 U.S.C. § 1423
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

v.

SERGIO ENRIQUE SANTANA,

Defendant.

_____/

FILED BY_____**BM**_____D.C.

**Mar 25, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Procurement of Citizenship or Naturalization Unlawfully**
**(18 U.S.C. § 1425(a))**

From on or about June 24, 2016, through on or about December 9, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SERGIO ENRIQUE SANTANA,**

did knowingly procure and attempt to procure, contrary to law, naturalization, and documentary and other evidence of naturalization and of citizenship, for himself, in violation of Title 18, United States Code, Section 1425(a).

## COUNT 2
### Misuse of Evidence of Citizenship or Naturalization
### (18 U.S.C. § 1423)

On or about December 12, 2016, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SERGIO ENRIQUE SANTANA,**

did knowingly use for any purpose any certificate, certificate of naturalization, and certificate of citizenship, unlawfully issued and made, and copies and duplicates thereof, showing any person to be naturalized and admitted to be a citizen, in that the defendant submitted as proof of his United States citizenship an unlawfully issued certificate of naturalization, in violation of Title 18, United States Code, Section 1423.

### FORFEITURE ALLEGATIONS

1.      The allegations in this Indictment are re-alleged and by this reference fully incorporated for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant **SERGIO ENRIQUE SANTANA**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1425, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

(a)      any conveyance, including any vessel, vehicle, or aircraft used in the commission of such offense;

(b)      any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

(c)    any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

MELISSA ROCA SHAW
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** __26-CR-20102-MOORE/D'ANGELO_____

v.

SERGIO ENRIQUE SANTANA,

_____ /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No___
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No___

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

By: _____
MELISSA ROCA SHAW
Special Assistant United States Attorney
FL Bar No.          99628

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: SERGIO ENRIQUE SANTANA

**Case No**:

Count #: 1

Procuring Citizenship or Naturalization Unlawfully

Title 18, United States Code, Section 1425(a)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Misuse of Evidence of Citizenship or Naturalization

Title 18, United States Code, Section 1423
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**